RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
CHRISTOPHER P. FREY
Assistant Federal Public Defender
Nevada State Bar No. 10589
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
chris_frey@fd.org

Attorney for LEROY BERRY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEROY BERRY,<br><br>　　　　　Defendant. | Case No. 3:15-cr-00021-HDM-CLB<br><br>**ORDER GRANTING STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING<br>(FIRST REQUEST)** |

　　IT IS HEREBY STIPULATED AND AGREED by and through Federal Public Defender RENE L. VALLADARES, Assistant Federal Public Defender CHRISTOPHER P. FREY, counsel for LEROY BERRY and United States Attorney JASON M. FRIERSON, Assistant United States Attorney RICHARD CASPER, counsel for the UNITED STATES OF AMERICA, that the Revocation of Supervised Release Hearing set for September 9, 2022, at 11:00 AM, be vacated and continued to October 18, 2022, at 11:00 AM.

　　/ / /

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Mr. Berry is currently on bond.

3. The parties agree to the continuance.

4. This is the first request for a continuance.

DATED this 8th day of September, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Christopher P. Frey*<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for LEROY BERRY | By */s/ Richard Casper*<br>RICHARD CASPER<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for September 9, 2022, at 10:00 AM, be vacated and continued to October 18, 2022, at 10:00 AM in Reno Courtroom 4 before Judge Howard D. McKibben.  **IT IS SO ORDERED**.

DATED this 8th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE