UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>LEROY BERRY,<br><br>                Defendant. | Case No. 3:15-cr-00021-HDM-CLB<br><br>ORDER |

     On November 8, 2022, the court ordered that the defendant, Leroy Berry, remain in custody pending acceptance and availability into a substance abuse treatment program as approved by the U.S. Probation Office. Berry has been accepted into the New Frontier Treatment Center with a bed date of November 15, 2022. The U.S. Probation Office has approved the substance abuse treatment program for Berry at the New Frontier Treatment Center. Good cause appearing, IT IS HEREBY ORDERED that Berry shall be released from custody at the Washoe County Detention Facility no later than 2:00 p.m., to New Frontier Treatment Center personnel for entry into the New Frontier Treatment Center, 1490 Grimes Street, Fallon, Nevada, 89406 on this date.

     IT IS SO ORDERED.

     DATED: This 15th day of November, 2022.

                                           *Howard D. McKibben*
                              UNITED STATES DISTRICT JUDGE